■ In the Matter of the Probate of the Will of CLARA L. BONESTEEL, Deceased. ANN E. STOWELL et al., Appellants; UNION NATIONAL BANK OF TROY et al., Respondents. (Appeal No. 2.) — Appeal dismissed, as moot (see *Matter of Bonesteel*, 16 A D 2d 324.) Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of the Probate of the Will of CLARA L. BONESTEEL, Deceased. BARBARA MULVEY, Appellant; UNION NATIONAL BANK OF TROY et al., Respondents. (Appeal No. 3.) — Appeal dismissed, as moot (see *Matter of Bonesteel*, 16 A D 2d 324.) Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.